IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ELISABETH DALTON, <br> Plaintiff, <br> v. <br> NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, <br> Defendant, | CIVIL ACTION <br><br> NO. 17-2822 |

### ORDER

**AND NOW**, this 28th day of September, 2018, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Judicial Review (Dkt. No. 11), Defendant's Response to Request for Review of Plaintiff (Dkt. No. 12), and Plaintiff's Reply Brief in Support of Request for Judicial Review (Dkt. No. 13), and for the reasons expressed in the foregoing Memorandum, **IT IS ORDERED** that:

1. The relief sought by Plaintiff is **GRANTED** in part as described below;

2. The case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the Report and Recommendation; and

3. In all other respects, Plaintiff's request for relief is **DENIED**.

BY THE COURT:


*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge